JOHN E. PEER - State Bar No. 95978
jpeer@woollspeer.com
H. DOUGLAS GALT - State Bar No. 100756
dgalt@woollspeer.com
**WOOLLS & PEER**
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017
Telephone:   (213) 629-1600
Facsimile:    (213) 629-1660

Attorneys for Plaintiff
Century Surety Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY SURETY COMPANY, an Ohio Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>STACY PANG STONE, an individual, CATHAY BANK, a California State Chartered bank, THE MARLINGTON CORPORATION, a California corporation; MICHAEL A. BURRIS, LLC, dba WEST AMERICAN INSURANCE BROKERS, LLC, a California limited liability company,<br><br>    Defendants. | Case No.:  C 12-05834 SC<br><br>Assigned to the Hon. Samuel Conti<br><br>STIPULATION AND (~~PROPOSED~~) ORDER RE: DISMISSAL OF COMPLAINT |

The parties having entered into a settlement, it is stipulated by plaintiff Century Surety Company and defendants Cathay Bank, The Marlington Corporation, and Michael A. Burris, LLC, that the complaint of plaintiff Century Surety Company be dismissed without prejudice, with all parties bearing their own costs and attorney's fees.

/ / /

| | |
|---|---|
| DATED:  January 10, 2014 | Respectfully Submitted |
| | WOOLLS & PEER<br>A Professional Corporation |
| | /s/<br>_____<br>H. DOUGLAS GALT<br>Attorneys for Plaintiff<br>Century Surety Company |
| DATED:  January 10, 2014 | TRAINOR FAIRBROOK |
| | /s/<br>_____<br>JENNIFER L. PRUSKI<br>Attorneys for Defendant<br>Cathay Bank |
| DATED:  January 10, 2014 | WIEGEL LAW GROUP, PLC |
| | /s/<br>_____<br>KEVIN P. GREENQUIST<br>Attorneys for Defendant<br>The Marlington Corporation |
| DATED:  January 10, 2014 | KAUFMAN DOLOWICH VOLUCK & GONZO LLP |
| | /s/<br>_____<br>ELIZABETH WILLIAMS<br>Attorneys for Defendant<br>Michael A. Burris, LLC |

WOOLLS & PEER
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017

368323.1

2

[CASE NO.:  C 12-05834 SC]
STIPULATION AND (PROPOSED) ORDER RE DISMISSAL OF COMPLAINT

**ORDER**

It is ordered that the complaint of plaintiff Century Surety Company is dismissed without prejudice, with all parties bearing their own attorney's fees and costs.

Date: 01/13/2014



Judge, _____ District Court

368323.1

WOOLLS & PEER
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017